DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ROSE,**
Appellant,

v.

**SARADA ROSE,**
Appellee.

No. 4D21-1682

[August 11, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. FMCE12-014203 (35) (90).

Daniel J. Rose of Daniel J. Rose, P.A., Delray Beach, for appellant.

Sarada Rose, Davie, pro se.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***